# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
January 17, 2013

Lyle W. Cayce
Clerk

No. 12-10825
Summary Calendar

JAMES L. RUDZAVICE,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Texas
No. 4:11-CV-416

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

James Rudzavice appeals an order of July 18, 2012, denying his request

for return of certain property that the government had confiscated in connection

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-10825

with its successful prosecution of Rudzavice for receipt of child pornography and transfer of obscene material to a minor.  In the order in question, the district court carefully explained that all of the claimed property that was indeed in the government's possession had been sent to Rudzavice's sister, as requested, except for compact discs containing child pornography.

The district court's order is supported by the record.  To the extent that Rudzavice, in his *pro se* brief and reply brief, seeks monetary compensation for property that he claims still has not been produced, the government correctly points out that Rudzavice has not satisfied the requirements of the applicable statutes and rules, even assuming, *arguendo*, there is property that has not been produced and that Rudzavice has adequately briefed that issue.

The order appealed from is AFFIRMED.